UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVIA RENAUD,

                Plaintiff,

      v.                                   **ORDER**

DARDEN RESTAURANTS, INC.             24-cv-4931 (ER)
(d/b/a OLIVE GARDEN),

                Defendant.

RAMOS, D.J.

      On June 28, 2024, Olivia Renaud filed a complaint against DARDEN RESTAURANTS, INC. (d/b/a OLIVE GARDEN).  Doc. 1.  A summons was issued on July 1, 2024, Doc. 4, but Plaintiff has not filed an affidavit of service and Defendant has not appeared.

      Accordingly, Renaud is directed to submit a status report by **April 10, 2026**.  Failure to comply could result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

      It is SO ORDERED.

Dated: April 3, 2026
      New York, New York

                                   _____
                                    Edgardo Ramos, U.S.D.J.